ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARVINDER P. JULKA,

                    Plaintiff,

     -against-

THE AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT AND THE TRAVELERS
PROPERTY CASUALTY COMPANY,

                    Defendants.

-----------------------------------------------------------------X

**DEFENDANT'S F.R.C.P. RULE 7.1(a) DISCLOSURE STATEMENT**

08 CV 2410

JUDGE BRIEANT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant, The Automobile Insurance Company of Hartford, Connecticut, incorrectly sued herein as The Automobile Insurance Company of Hartford, Connecticut and The Travelers Property Casualty Company, certifies as follows:

The Automobile Insurance Company of Hartford, Connecticut is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by the Travelers Companies, Inc. the Travelers Companies, Inc. is the only publicly held company in the corporate family.



FILED
U.S. DISTRICT COURT
2008 MAR 10 AM 11:22
S.D. OF N.Y.

Dated: March 6, 2008
       Uniondale, New York

                        Respectfully submitted,

                        RIVKIN RADLER LLP
                        Attorneys for Defendant
                        The Automobile Insurance Company of Hartford,
                        Connecticut, incorrectly sued herein as The
                        Automobile Insurance Company of Hartford,
                        Connecticut and The Travelers Property Casualty
                        Company

By: _____
                        Alan C. Eagle, Esq. (ACE 3451)
                        926 RexCorp Plaza
                        Uniondale, New York 11556
                        516-357-3000

2122412 v1