# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

HARVINDER P. JULKA,

                Plaintiff,

            - against -

THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT AND THE TRAVELERS PROPERTY CASUALTY COMPANY,

                Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 08 CV 2410

TO:   Con Edison Company of New York
        4 Irving Plaza
        New York, New York 10003
        212-243-1900

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

☐ YOU ARE COMMANDED to appear the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**All documents, including but not limited to contracts, bills, invoices, proof of payment and logs, relating to electric and/or gas provided and services to the premises located at 45 Northfield Avenue, Dobbs Ferry, New York, for the time period March, 2006 through the present.**

| PLACE | DATE AND TIME |
|---|---|
| **Rivkin Radler LLP** <br> **926 RexCorp. Plaza** <br> **Uniondale, New York 11556** | **August 11, 2008** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | July 11, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Alan C. Eagle, Esq. (ACE 3451)
Rivkin Radler LLP
Attorneys for Defendant
926 RexCorp Plaza
Uniondale, New York 11556
(516) 357-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**SEE ATTACHED AFFIDAVIT**

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER   **SEE ATTACHED AFFIDAVIT**

_____
ADDRESS OF SERVER


## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of a designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of a clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

2144213 v1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE


2366

For:
Joanne M. Engeldrum, Esq.
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556-0111
516-357-3000

Court/Depo Date: **08/11/2008 at 9:00 AM**
Index No.: **08 CV 2410(CLB)(GAY)**

| PLAINTIFF(S): | HARVINDER P. JULKA |
|---|---|
| DEFENDANT(S): | THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT AND THE TRAVELERS PROPERTY CASUALTY COMPANY |

STATE OF NEW YORK
COUNTY OF SUFFOLK    ss.:

**Curtis Warren**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **07/18/2008** at **11:55 AM**, I served the within **SUBPOENA IN A CIVIL CASE** on **CON EDISON COMPANY OF NEW YORK** at **4 IRVING PLACE, NEW YORK, NY 10003** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **BERNARD HERBERT, MANAGER** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **CON EDISON COMPANY OF NEW YORK**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 37 | 6'1" - 6'3" | 211-240 lb. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
_____JUL 22 2008_____, 20____
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 20-9

X_____
Curtis Warren, License#: 870667
Due Process Attorney Services
P.O. Box 847
150 Main Street
Setauket, NY 11733
(631) 689-3801
Atty File#: 004584-00102

PATRICK J. PRENDERGAST
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PR5011185
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES 4/12/20_9