UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARVINDER P. JULKA AND MOHNI JULKA,

                Plaintiff,

-against-

THE AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT AND THE
TRAVELERS PROPERTY CASUALTY COMPANY,

                Defendants.

08 CV 2410 (CLB) (GAY)

**SUPPLEMENTAL RULE 26 DISCLOSURE OF DEFENDANT THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT i/s/h/a THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT AND THE TRAVELERS PROPERTY CASUALTY COMPANY**

------------------------------------------------------------------X

In accordance with Rule 26 of the Federal Rules of Civil Procedure, Defendant, THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT i/s/h/a THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT AND THE TRAVELERS PROPERTY CASUALTY COMPANY ("AIC"), by its attorneys, Rivkin Radler LLP, hereby discloses as follows:

### B. Documents

Inspection Report prepared by Mueller Services, a copy of which is attached hereto (Bates Nos. AIC 334- 341).

AIC reserves its right to supplement this disclosure as discovery continues.

Dated: Uniondale, New York
August 21, 2008

>Respectfully submitted,
>
>RIVKIN RADLER LLP
>
>By: _/s/ Alan Eagle_
>Alan C. Eagle, Esq. (ACE 3451)
>926 RexCorp Plaza
>Uniondale, New York 11556-0926
>(516) 357-3000
>Attorneys for Defendant
>THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT sued here with THE TRAVELERS PROPERTY CASUALTY COMPANY

TO: ANTHONY J. PIRROTTI, ESQ.
LAW OFFICES OF ANTHONY J. PIRROTTI P.C.
Attorney for Plaintiff
501 Ashford Avenue
Ardsley, New York 10502
914-693-8000

2176955 v1